Constance SHELFORD; and Reisha Berkowsky on behalf of themselves and all others similarly situated, Plaintiffs,

v.

NEW YORK STATE TEACHERS RETIREMENT SYSTEM; Harold N. Langlitz; Richard E. Ten Haken; Richard F. Lindstrom; Michael R. Corn; R. Michael Kraus; Lucy P. Martin; Joseph P. McLaughlin; Sheila J. Salenger; Glen R. Sergeon; Ruth E. Williams; Iris Wolfson; Harry Felder; and Frederick D. Volp, Defendants.

No. 94 CV 2368 (TCP).

United States District Court, E.D. New York.

Oct. 11, 1994.

**90**

Elisabeth Ann Seieroe Maurer, Ridgefield, CT, for plaintiffs.

Darren O'Connor, State of N.Y. Dept. of Law, Albany, NY, for defendants.

## ORDER

PLATT, Chief Judge.

Defendants move to dismiss with prejudice the Complaint herein on the grounds that it is barred by the Eleventh Amendment to the Constitution; that it is time-barred by the statute of limitations on claims brought pursuant to 42 U.S.C. § 1983; that it fails to state a claim upon which relief can be granted; and that venue in the Eastern District of New York is improper.

For the reasons set forth in this Court's Memorandum and Order in *Shelford v. New York State Teachers Retirement System,* 889 F.Supp. 81 (E.D.N.Y.1993), this Court finds that Plaintiffs' alleged injuries occurred when Plaintiffs returned to teaching in the mid–1970s. Consequently, their claims are time-barred by the three-year statute of limitations on suits brought pursuant to 42 U.S.C.

§ 1983, and their Complaint is hereby dismissed with prejudice.

SO ORDERED.